# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. MARK KRUSE, | ) | |
| 2. DONNETTA KRUSE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 15-cv-444-CVE-FHM |
| | ) | |
| 1. TRAVELERS HOME AND MARINE INSURANCE COMPANY, A Foreign For Profit Insurance Corporation, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiffs, Mark Kruse and Donnetta Kruse and Defendant, Travelers Home and Marine Insurance Company, file this Stipulation of Dismissal because all matters in controversy have been resolved between the parties. Each party is to bear its own attorney fees and costs. The Plaintiffs hereby dismiss this case, in its entirety, with prejudice.

By *s/ Michael D. McGrew*
Michael D. McGrew, OBA #013167
MCGREW, MCGREW & ASSOCIATES
400 N. Walker, Suite 115
Oklahoma City, OK 73102
Telephone: (405) 235-9909
Facsimile: (405) 235-9929
**COUNSEL FOR PLAINTIFF**

2

*/s/ Darrell W. Downs*
R. Stratton Taylor, OBA #10142
staylor@soonerlaw.com
Darrell W. Downs, OBA #12272
ddowns@soonerlaw.com
C. Eric Pfanstiel, OBA #16712
epfanstiel@soonerlaw.com
TAYLOR, FOSTER, MALLETT,
    DOWNS, RAMSEY & RUSSELL
400 West Fourth Street
P.O. Box 309
Claremore, Oklahoma 74018
Telephone:  918/343-4100
Facsimile:   918/343-4900
***Attorneys for Defendant***